DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. MOOSE

No. 41P91

Case below: 101 N.C.App. 59

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## STATE v. PATTON

No. 121P91

Case below: 101 N.C.App. 575

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## STATE v. PICKETT

No. 114A91

Case below: 101 N.C.App. 576

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1991.

## STATE v. PIERCE

No. 135A91

Case below: 101 N.C.App. 576

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1991.

## STATE v. SIMPSON

No. 130P91

Case below: 101 N.C.App. 576

Petition by defendant for temporary stay allowed 18 March 1991 pending consideration and determination of the petition for discretionary review.